IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MARIE GOMEZ-SHELTON, | No. C05-80209 MJJ |
| Plaintiff, | **ORDER RE STATUS STATEMENT** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To ensure the progress and resolution of this matter, the Court directs the parties to file a <u>joint statement</u> detailing the current status of this action. The parties shall file the statement within <u>(14) fourteen days of the filing date of this Order</u>. If, upon reviewing the parties' statement, the Court finds action, or a hearing, necessary, it will contact the parties.

**IT IS SO ORDERED.**

Dated: April 3, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE